IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | Conversion to Chapter 7 |
| | ) | |
| VERONICA McCOY, | ) | 10 B 25094 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

NOTICE OF FILING

TO:   Norman B Newman
      Much Shelist, P.C.
      191 North Wacker Drive Ste 1800
      Chicago, IL 60606

**PLEASE TAKE NOTICE** that on the 26th day of May, 2014, I caused to be filed with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, the attached Schedule of Postpetition Debt on Conversion to Chapter 7.

          **THOMAS W. DREXLER**
          Attorney at Law
          221 N. LaSalle Street
          Suite 1600
          Chicago, IL 60601
          (312) 726-7335

CERTIFICATE OF SERVICE

    The undersigned attorney certifies that he served the attached documents upon the above-named addressees by ECF on May 26, 2015.

          /s/   Thomas W. Drexler

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re ) | Conversion to Chapter 7 | |
| ) | | |
| **VERONICA McCOY,** ) | 10 B 25094 | |
| ) | | |
| Debtor. ) | Judge Pamela S. Hollis | |

SCHEDULE OF POSTPETITION DEBT ON
CONVERSION TO CHAPTER 7

Now comes the Debtor, VERONICA McCOY by her attorney, THOMAS W. DREXLER,

and pursuant to Bankruptcy Rule 1019 states as follows:

1. This case was filed as a Chapter 13 by the Debtor on June 2, 2010.

2. This case was converted to Chapter 7 on May 21, 2015.

3. During the pendency of the Chapter 13 herein Debtor incurred debt with the following creditors which remains unpaid:

| Creditor | Debt | Amount |
|---|---|---|
| C21<br>PO Box 2334<br>Columbus, OH 43216-2334 | Acct. No. 21-6470692 | $395.25 |
| Comenity<br>PO Box 659584<br>San Antonio, TX | 5856-3799-8041-4371<br>Misc Purchases | $355.26 |
| Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91716-0500 | 4447-9622-2770-8777<br>Misc Purchases | $656.99 |
| CashNetUSA<br>PO Box 643990<br>Cincinnati, OH 46264-3990 | 13284<br>Loan | $292.29 |

| | | |
|---|---|---|
| Credit First National Association<br>PO Box 81344<br>Cleveland, OH 44188 | 507858279<br>Misc Purchases | $1,097.12 |
| Rushmore Service Center<br>PO Box 5508<br>Sioux Falls, SD 57117-5508 | 5178-0064-4421-3302<br>Premier Bankcard Purchases | $444.53 |
| Harris & Harris, Ltd.<br>111 W. Jackson Blvd, Suite 400<br>Chicago, IL 60604-4134 | 22492882<br>Franciscan St. Margaret Health | $180.75 |
| Vision Financial Services<br>PO Box 1768<br>LaPorte, IN 46352-1768 | 643542<br>Ingalls Memorial Hospital | $217.81 |
| Kidanu Birhanu, M.D.<br>2800 W. 87th St.<br>Chicago, IL 60652 | 3223<br>Medical Services | $181.15 |
| Franciscan St. Margaret Health<br>PO Box 4628<br>Oak Brook, IL 60522 | 213221383<br>Medical Services | $121.72 |
| Ingalls Memorial Hospital<br>PO Box 3397<br>Chicago, IL 60654-0397 | 1987873-1<br>Medical Services 2/14/14 | $245.20 |
| | Medical Services 10/20/14 | $217.65 |
| | Medical Services 2/28/14 | $64.95 |
| | Medical Services 2/5/14 | $147.36 |
| | Medical Services 2/3/14 | $129.93 |
| Southwest Laboratory Physicians<br>Dept. 77-9288<br>Chicago, IL 60678-9288 | Medical Services<br>SWL-293343 | $48.50 |
| Southwest Laboratory Physicians<br>Dept. 77-9288<br>Chicago, IL 60678-9288 | Medical Services<br>SWL-180848 | $233.20 |

| | | |
|---|---|---|
| Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002 | 8771401110293073<br>Cable/Internet/Phone | $1,019.82 |
| Women's Healthcare Associates<br>PO Box 2190<br>Orland Park, IL 60462 | Medical Services | $379.77 |

| | | |
|---|---|---|
| JP Morgan Chase Bank | Misc. Charges | $1,457.68 |
| c/o United Recovery Systems | Acct. No. xxxxxxxxxxxx5639 | |
| PO Box 722929 | | |
| Houston, TX 77272-2929 | | |

                                        /s/   Thomas W. Drexler
                                              Attorney for Debtor

**THOMAS W. DREXLER**
Attorney for Debtor
221 N. LaSalle Street
Suite 1600
Chicago, IL 60601
(312) 726-7335